# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **SANDFORD SEAY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | **CAUSE NO. 22-2452** |
| | § | |
| **TRAVELOKO, INC. d/b/a TRAVELOKO** | § | |
| **and ARNOLD R. LAMOTTE, JR.,** | § | |
| *Defendants.* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Traveloko, Inc. d/b/a Traveloko hereby notifies the Court that the parties have resolved this matter by settlement. The parties will submit a Stipulation of Dismissal as soon as is practical once all required documents are executed by the parties.

                Respectfully submitted,

                BY: */s/ Jordan A. Mayfield*
                   JORDAN A. MAYFIELD
                   State Bar No. 24037051
                   mayfield@namanhowell.com

                   MICHAEL SHANE O'DELL
                   State Bar No. 24065835
                   NAMAN, HOWELL, SMITH & LEE, PLLC
                   1300 Summit Avenue, Suite 700
                   Fort Worth, Texas 76102-4911
                   Telephone: 817.509-2040
                   Facsimile: 817.509-2060
                   sodell@namanhowell.com

                **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this Notice of Settlement was served on all counsel and/or *pro se* parties of record in accordance with Federal Rule of Civil Procedure 5(b)(2) on the 9th day of January, 2023.


                                        */s/ Jordan A. Mayfield*
                                        JORDAN MAYFIELD